Dismissed and
Memorandum Opinion filed July 1, 2010.

 

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00250-CV

____________

 

VERNON KING, JR., Appellant

 

V.

 

BRENDA CHANEY, ET AL., Appellees

 

 

 



On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 54892

 

 

 



M E M O R
A N D U M   O P I N I O N

            This is an appeal from a dismissal order signed December 9,
2010.  The clerk’s record was filed April 9, 2010, and there was no reporter’s
record taken in this case.  Therefore, appellant’s brief was due on or before
May 10, 2010.  See Tex. R. App. P. 38.6(a).  Appellant did not file a
brief or a motion for extension of time to file the brief.  

            On May 27, 2010, this court issued an order stating that
unless appellant filed his brief, together with a motion reasonably explaining
why the brief was late, on or before June 14, 2010, the court would dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).  Appellant
filed no response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.